**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6193**

———————

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

COREY BROWN,

        Defendant – Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (4:00-cr-00005-H-2)

———————

Submitted: May 21, 2009          Decided: May 29, 2009

———————

Before MOTZ, TRAXLER, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Corey Brown, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Brown appeals the district court's order denying his 28 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Brown's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Brown, No. 4:00-cr-00005-H-1 (E.D.N.C. filed Jan. 22, 2009; entered Jan. 23, 2009). See United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED